# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3860

_____

George Daniel Lamb,                    *
                                       *
                Appellant,             *    Appeal from the United States
                                       *    District Court for the Eastern
        v.                             *    District of Missouri.
                                       *
Metropolitan St. Louis Sewer District; *        [UNPUBLISHED]
James M. Byrne,                        *
                                       *
                Appellees.             *

_____

Submitted:  November 22, 2000

Filed:  November 24, 2000

_____

Before BEAM, FAGG, and LOKEN, Circuit Judges.

_____

PER CURIAM.

George Daniel Lamb appeals the district court's adverse grant of summary judgment in Lamb's civil suit against the Metropolitan St. Louis Sewer District and its counsel, James M. Byrne. Having carefully reviewed the record and the parties' briefs, we affirm for the reasons stated in the district court's order, and we deny Lamb's pending motion for appointment of counsel. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.